v  SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

| | |
|---|---|
| *In the Matter of the Search of*<br>(Briefly describe the property to be searched or identify the person by name and address) | No.   **25-04878MB** |
| United States Postal Service Priority Mail parcels with tracking numbers:9405 5362 0624 9296 4698 81 & 9405 5362 0832 6292 2621 47 | SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS |
| USAO#: Unassigned | |

TO:      Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**controlled substances and/or material relating to the distribution of controlled substances through the United States mail, possessed in violation of title 21, United States Code, sections 841(a)(1), 843(b) and 846 as evidence of said violations.**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before      May 2, 2025
                                                                                                    *(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.            ☐   at any time in the day or night as I find reasonable
                                                                                              cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Sworn to me telephonically.

April 18, 2025 at 10:47 a.m.
*Date & Time Issued*

Tucson, Arizona
*City and State*

*Judge's signature*

Maria S. Aguilera, United States Magistrate Judge
*Printed name and title*

25-04878MB

ATTACHMENT A

DESCRIPTION OF PARCELS TO BE SEARCHED

1.  SP: A United States Postal Service (USPS) Priority Mail (PM) parcel with tracking number 9405 5362 0624 9296 4698 81, with pre-paid postage, postmarked from Sun City, California, on April 11, 2025.  It bears a return address of "LA MARKET, 26900 NEWPORT RD #119, SUN CITY CA 92584" and is addressed to "COBY BELCHER, 1025 N BEAN AVE, TUCSON AZ 85705-7409 (SUBJECT ADDRESS)".  The article consists of a USPS PM small flat rate box.  The box measures approximately 8" x 5" x 1".  It is hereafter referred to as "SUBJECT PARCEL 1".

2.  SP: A United States Postal Service (USPS) Priority Mail (PM) parcel with tracking number 9405 5362 0832 6292 2621 47, with pre-paid postage, postmarked from Huntington Beach, California, on April 9, 2025.  It bears a return address of "CARD SHACK, 17610 BEACH BLVD STE 28, HUNTINGTON BEACH CA 92647-6876" and is addressed to "COBY BELCHER, 1025 N BEAN AVE, TUCSON AZ 85705-7409)".  The article consists of a brown cardboard box.  The box measures approximately 10" x 10" x 11".  It is hereafter referred to as "SUBJECT PARCEL 2".

# RETURN

Case No.: **25-04878MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

❑     This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
William P. Akins, Postal Inspector
Printed Name and Title

APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

| | |
|---|---|
| *In the Matter of the Search of*<br>(Briefly describe the property to be searched or identify the person by name and address)<br><br>United States Postal Service Priority Mail parcels with tracking numbers: 9405 5362 0624 9296 4698 81 & 9405 5362 0832 6292 2621 47<br><br>USAO#: Unassigned | No.   **25-04878MB**<br><br>APPLICATION FOR SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS |

I, William P. Akins, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**controlled substances and/or material relating to the distribution of controlled substances through the United States mail, possessed in violation of title 21, United States Code, sections 841(a)(1), 843(b) and 846 as evidence of said violations.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

*William P. Akins*
_____
*Applicant's signature*
William P. Akins, United States Postal Inspector
*Printed name and title*

Sworn to me telephonically.

April 18, 2025
_____
*Date*
Tucson, Arizona
*City and State*

*Maria S. Aguilera*
_____
*Judge's signature*
Maria S. Aguilera, United States Magistrate Judge
*Printed name and title*

25-04878MB

ATTACHMENT A

DESCRIPTION OF PARCELS TO BE SEARCHED

1.  SP: A United States Postal Service (USPS) Priority Mail (PM) parcel with tracking number 9405 5362 0624 9296 4698 81, with pre-paid postage, postmarked from Sun City, California, on April 11, 2025.  It bears a return address of "LA MARKET, 26900 NEWPORT RD #119, SUN CITY CA 92584" and is addressed to "COBY BELCHER, 1025 N BEAN AVE, TUCSON AZ 85705-7409 (SUBJECT ADDRESS)".  The article consists of a USPS PM small flat rate box.  The box measures approximately 8" x 5" x 1".  It is hereafter referred to as "SUBJECT PARCEL 1".

2.  SP: A United States Postal Service (USPS) Priority Mail (PM) parcel with tracking number 9405 5362 0832 6292 2621 47, with pre-paid postage, postmarked from Huntington Beach, California, on April 9, 2025.  It bears a return address of "CARD SHACK, 17610 BEACH BLVD STE 28, HUNTINGTON BEACH CA 92647-6876" and is addressed to "COBY BELCHER, 1025 N BEAN AVE, TUCSON AZ 85705-7409)".  The article consists of a brown cardboard box.  The box measures approximately 10" x 10" x 11".  It is hereafter referred to as "SUBJECT PARCEL 2".